**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000429
10-SEP-2014
08:08 AM**

NO. CAAP-14-0000429

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FRANCIS M. NAKAMURA, JR., Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-CR. NO. 93-0001)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On February 11, 2014, Defendant-Appellant Francis M. Nakamura, Jr. (Appellant) filed a notice of appeal;

(2) The record on appeal was filed on April 1, 2014, and the appellate clerk informed Appellant that the opening brief was due by May 12, 2014;

(3) Appellant obtained extensions of time to file the opening brief, making the opening brief due on July 11, 2014.

(4) On August 14, 2014, the appellate clerk informed Appellant that the time for filing the opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on August 25, 2014, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellant did not file the opening brief or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i,  September 10, 2014.

Chief Judge

Associate Judge

Associate Judge